DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MAIKEL HERNANDEZ,**
as Personal Representative of the Estate of Yaimi Gandul,
Appellant,

v.

**OLYMPUS INSURANCE COMPANY,**
Appellee.

No. 4D18-840

[January 24, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwill, Judge; L.T. Case No. CACE14004731.

Melissa A. Giasi of Sivyer Barlow & Watson, P.A., Tampa, for appellant.

Matthew C. Scarfone of Colodny Fass, Sunrise, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and DAMOORGIAN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***